**Order entered April 23, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00076-CR

**JAMES LOYD BANKSTON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court At Law No. 1**
**Kaufman County, Texas**
**Trial Court Cause No. 31508CC**

## ORDER

The Court **ORDERS** court reporter Scott Smith to file with this Court, within **FIFTEEN**

**DAYS** of the date of this order, a supplemental record containing the State's exhibit 7, a DVD.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Scott

Smith, official court reporter, County Court at Law No. 1, and to counsel for all parties.


/s/     MOLLY FRANCIS
PRESIDING JUSTICE